# EXHIBIT B

IN THE CIRCUIT COURT OF THE<br>
11TH JUDICIAL CIRCUIT IN AND FOR<br>
MIAMI-DADE COUNTY, FLORIDA

JOSE HERRERO,

    *Plaintiff,*

v.                                              CASE NO. 2022-021149-CA-01

SOUTH MIAMI HOSPITAL, INC.
d/b/a, a/k/a, BAPTIST HEALTH SOUTH
FLORIDA,

    *Defendant.*

_____

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant, SOUTH MIAMI HOSPITAL, INC., incorrectly identified as SOUTH MIAMI HOSPITAL, INC. d/b/a, a/k/a BAPTIST HEALTH SOUTH FLORIDA, hereby files this Notice of Filing Notice of Removal, and states as follows:

1. On or about November 2, 2022, Plaintiff, JOSE HERRERO, filed a Complaint in this matter against Defendant.

2. Plaintiff's Complaint alleges: (1) unlawful discrimination based on disability (termination of employment) in violation of the Florida Civil Rights Act ("FCRA") (Count I); (2) unlawful discrimination based on disability (failure to accommodate) under the FCRA (Count II); (3) unlawful discrimination in violation of the Americans with Disabilities Act ("ADA") §42 U.S.C. 12101 *et. seq*. (Count III); and (4) unlawful discrimination for failure to accommodate in violation of the ADA (Count IV).

3. On November 16, 2022, Plaintiff served Defendant with the Complaint, which would require Defendant's Notice of Removal to be filed no later than December 16, 2022.

4. On December 16, 2022, Defendant filed a Notice of Removal in the United States District Court for the Southern District of Florida, Miami Division, under 28 U.S.C. §§ 1331, 1367, 1441, and 1446. A copy of Defendant's Notice of Removal filed in the Southern District of Florida, Miami Division, is attached as Exhibit 1.

DATED this 16th day of December 2022.   Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500
Fax: (305) 675-8497

By:   */s/ Rocio Blanco Garcia*
Patrick G. DeBlasio, III, Esq.
Florida Bar No.: 871737
Email: *pdeblasio@littler.com*
Rocio Blanco Garcia, Esq.
Florida Bar No. 099304
Email: *rblancogarcia@littler.com*
LITTLER MENDELSON, P.C.
The Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 32801
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December 2022, a copy of the foregoing has been e-filed with the Florida Courts E-filing portal, and served upon:

Alex D. Funes, Esq.
Florida Bar No. 635340
Primary: *info@funeslaw.com*
Secondary: *AF@funeslaw.com*
Secondary: *funeslaw@gmail.com*
THE FUNES LAW FIRM, P.A.
2490 Coral Way, 4th Floor
Miami, Florida 33145
Telephone/Fax: (305) 731-2397

*COUNSEL FOR PLAINTIFF*

                                                    */s/ Rocio Blanco Garcia*
                                                    Rocio Blanco Garcia, Esq.

4879-5029-6386.1 / 107036-1018