# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:22-cv-24085-RKA

JOSE HERRERO,

     *Plaintiff,*

v.

SOUTH MIAMI HOSPITAL, INC.
d/b/a, a/k/a SOUTH MIAMI HOSPITAL
HEALTH SOUTH FLORIDA, a Florida
corporation,

     *Defendant.*

_____

## <u>DECLARATION OF NORMA SABATES</u>

I, Norma Sabates, make the following declaration under penalty of perjury pursuant to the laws of the United States:

1.    I am over 18 years of age and competent to testify to the matters stated in this declaration.  This declaration is given voluntarily.

2.    I am currently employed by South Miami Hospital, Inc. ("South Miami Hospital") as Director of Surgical Services.  I have held this position for four years.  As a result of holding this position, I have personal knowledge of the facts stated herein.

### *Surgeries at South Miami Hospital*

3.    South Miami Hospital is a multidisciplinary hospital in South Miami, Florida.  As a multidisciplinary facility, South Miami Hospital performs a variety of surgeries, such as general surgery, robotic surgery, and orthopedic surgery.

4.    On average, South Miami Hospital performs 9,000 surgeries per year.

1

5.     Orthopedic surgeries account for 15% of all surgeries performed, while general surgeries account for 30% of all surgeries performed.  Multiple specialties may involve cutting bones and the use of "loud" equipment.

6.     The hospital also has a 24-hour emergency room for patients presenting with acute medical issues.

7.     Many of these emergency patients require urgent or immediate surgical intervention, such as those involved in traffic collisions, patients presenting with broken ribs and bones as a result of domestic abuse or other violence, patients suffering from workplace injuries, and those who were otherwise exposed to physically traumatic events.  In many cases, emergency intervention involves orthopedic surgery, which may involve drills and other noisy surgical instruments to saw or cut bones.

8.     At their most fundamental level, all surgeries at South Miami Hospital involve the use of surgical tools and cutting a patient's flesh and/or bones.

9.     All surgeries require a significant degree of focused concentration over an extended period—often hours—to ensure the appropriate techniques are correctly applied.  This high level of concentration is required for the surgery to be performed safely.

10.    During surgery, the attending surgeon must maintain an open line of communication with the surgical staff, and everyone in the operating room ("OR") must be able to hear and follow the instructions given. This is critical to ensure the procedure is safely performed and appropriate care is provided to the patient.

4889-5158-7702.1 / 071336-1017

### *Management of Surgical House Physicians*

11.　　In my role as Director of Surgical Services, I am responsible for managing surgical teams at South Miami Hospital and ensuring that each surgery is staffed with the appropriate teams. I also supervise the hospital's surgical staff, including Surgical House Physicians (SHPs).

12.　　SHPs must hold a degree as a medical doctor or equivalent from a foreign country and serve as a "first assistant to the attending surgeon" on a given procedure  *A true and correct copy of the Surgical House Physician Job Description is attached as Exhibit 1.*  Since they are not licensed to practice medicine in the United States, SHPs must work under direct supervision of a licensed physician.

13.　　Because an open line of communication with the attending surgeon is required, SHPs must meet certain hearing requirements.  In particular, the ability to "distinguish between different tones in person and through electronic devices and understand meanings of words associated with them" is essential.  In other words, SHPs must have unobstructed hearing in the OR, and hearing protection is not permitted.

14.　　Because of the various emergencies that arise at the hospital, not all surgeries can be scheduled in advance.  I therefore manage an "on call" rotation to ensure a SHP is available to assist the attending surgeon with emergencies when required.

15.　　When called upon to do so, all SHPs must be able and ready to assist on these emergency surgeries, including orthopedic surgeries and/or surgeries that involve "loud" noises. In June 2021, South Miami Hospital only had 6-8 SHPs onsite during a given shift; thus, the SHPs did not have the luxury of opting out of critical or emergency surgeries if or when they were called upon to help.  This remains the case today.

16.     To that end, it is critical that all SHPs be able to assist with surgeries that involve "cutting" patients' flesh and/or bones.

17.     From 2020 through the present, all SHPs at South Miami Hospital have assisted with surgeries that may require the use of loud surgical tools and/or equipment.  None of these SHPs was permitted to use hearing protection during those procedures.

### *Supervision of Jose Herrero*

18.     In my role as Director of Surgical Services, I supervised Jose Herrero, who was employed as a SHP.

19.     In early June 2021, I learned that Mr. Herrero had been diagnosed with Noise Induced Bilateral Hearing Loss and tinnitus, as a result of which he stated he needed to avoid exposure to "loud noises" in the OR.

20.     Mr. Herrero provided documentation from his treating physician recommending that Mr. Herrero wear "in the ear and over the ear" hearing protection when performing surgeries that involved loud noises or, alternatively, that he be transferred to another surgical department, such as obstetrics.

21.     Based on my review of the documentation concerning Mr. Herrero's job restrictions as well as my knowledge of the operations and needs of the surgical department, I concluded that Mr. Herrero could not be accommodated.

22.     Allowing Mr. Herrero to use the recommended hearing protection during surgery would have hindered him from hearing the attending surgeon and understanding the directions given to him in the OR.  This presented a safety concern and could have compromised patients' wellbeing.

4889-5158-7702.1 / 071336-1017

23.     Transferring Mr. Herrero to another surgical department was not feasible because South Miami Hospital has a single surgical department through which all surgeries are managed. Mr. Herrero was therefore required, as were all other SHPs, to be available for *any* surgeries scheduled during his shift, such as orthopedic surgeries and general surgeries.

24.     For these reasons, I concluded Mr. Herrero was unable to perform the essential functions of his job as a SHP.

25.     Shortly after I reached this conclusion, Mr. Herrero went on an administrative leave of absence.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED:  August 10, 2023

_____
Norma Sabates

# EXHIBIT 1


**Baptist Health
South Florida**

## <u>Employee Job Description</u>

**Job Title:** Surgical House Physician          **Job Code:**     10689

**Last Update:** 07/06/2017

| | |
|---|---|
| **Required Qualifications:**<br><br>**Also Refer to Below Section** | MD Doctor of Medicine / DO<br>BLS Basic Life Support<br>HSE House Physician<br>ME Medical Doctor |
| **Additional Information Regarding Qualifications:** | State of Florida House Physician License. |
| **Minimum Required Experience:** | 2 Years |
| **Job Summary/Purpose:** | A House Physician is a person who holds a degree as a medical doctor, or its equivalent, but does not have and has never had a license to practice medicine in Florida, and is employed and paid by a hospital. (Florida Statute: 6488-6.006) |
| **Essential Job Functions:** | Serves as a first assistant to the attending surgeon. Procedural competencies and what may be delegated is limited to those documented in this job description. The critical portion of a surgical procedure may not be delegated to the surgical house physician.<br><br>Demonstrates knowledge of surgical skill and tissue handling as its pertains to the assigned surgical procedure.<br><br>Applies electrocautery tip to clamps or tissue in a safe and knowledgeable manner as directed by the surgeon. Sponges and utilizes pressure, as needed. Utilizes suction techniques.<br><br>Performs and records History and Physical examinations on patients.<br><br>Provides hemostasis by clamping blood vessels, coagulation, ligating vessels and by other means as directed by the surgeon.<br><br>Performs skin and subcutaneous wound closure as directed by the surgeon and under the direct supervision of the surgeon within the OR suite.<br><br>Performs positioning, prepping and draping of the patient.<br><br>Applies clamps on vessels and the tying and electro-coagulation of them as directed by the surgeon. Provides exposure through appropriate use of instruments, retractors, suctioning and sponging techniques.<br><br>May assist with non-core privileges that require additional training and |



EXHIBIT

JH 8
4-14-23


Baptist Health
South Florida

|  | certification per facility guidelines -Application of cast, splints and various other immobilization devices, Preparation of grafts as directed by surgeon during operative procedures, Harvest the saphenous vein for coronary grafting under direct guidance by surgeon, Laparoscopic procedures - Bedside robotic procedures |
|  | Applies surgical dressings.  Assists the surgeon at the completion of the procedure by affixing and stabilizing all drains, cleaning the wound and applying the dressings. |
|  | Other duties as assigned. |
| **Marginal Job Functions:** | Anticipates and responds appropriately to the surgical team during an operative procedure. |
|  | Assist with the patient in crisis (i.e. respiratory, cardiac) and assists the surgeon and anesthesia team. |
|  | Assesses and manages the intraoperative patient based upon age, history type of surgical procedure and type of anesthesia. |
|  | Follows proper safety procedures, OSHA guidelines and lift techniques. Reports all injuries and unsafe practices to Director of Surgical Services. |
|  | Communicates effectively with hospital employees, physicians and patients. |
|  | Upon completion of an H&P, can provide specific patient/family/significant other education based  upon the patient's assessed learning needs, barriers, type of surgical procedure, anticipates preparation and recovery issues, age specific differences and cultural needs. |
|  | Effectively communicates with the patient experiencing altered level of consciousness and anxiety. |
|  | Utilizes appropriate age-specific communication skills. |
|  | Demonstrates knowledge of surgical skills and tissue handling  as directed by surgeon, during operative procedure. |
|  | Properly handles surgical instrumentation. |
|  | Orients and reassures the patient during the surgical experience. |
|  | Acts as a preceptor for new House Physicians in the department. |


Baptist Health
South Florida

## ADA Criteria

## Multiple Requirements:

| Physical Requirement | Description | Frequency Occasionally = 1-33% Frequently = 34-66% Constantly = 67-99% of time | Hours/ Duration at a Time | Distance | Weight |
|---|---|---|---|---|---|
| Carrying | Transporting an object usually holding it in the hands or arms, or on the shoulder. | Frequently | N/A | > 30' use cart | > 30 lbs. (cart required) |
| Lifting | Raising or lowering an object from one level to another. | Frequently | N/A | N/A | Up to 35 lbs. |
| Pushing/Pulling | May include office drawers, carts, beds and stretchers. | Frequently | N/A | > 200' | Up to 50 lbs. |
| Sitting | Remaining in a seated position. | Occasionally | 0-2 hours | N/A | N/A |
| Standing | Remaining on one's feet in an upright position at a work station without moving about. | Constantly | 6-8 hours | N/A | N/A |
| Walking | To move about on foot or traverse work area. | Constantly | 6-8 hours | N/A | N/A |



**Baptist Health South Florida**

## Physical Requirements:

| Physical Requirement | Description | Frequency<br>Occasionally = 1-33%<br>Frequently = 34-66%<br>Constantly = 67-99%<br>of time |
|---|---|---|
| Hand/Finger: Fine Manipulation | To manipulate small objects rapidly and/or accurately. | Constantly |
| Hand Grasping | To seize and hold one or more objects in one's hand(s). To work with the hand(s) in placing / turning motions. | Constantly |
| Driving | Operate a motorized vehicle. | N/A |
| Climb & Descend Ladder | To go up or ascend a ladder, by using the hands and feet or feet only. To go down or descend a lader, by using the hands and feet or feet only. | N/A |
| Bending / Stooping | To bend the head and shoulders, or the body, forward and downward from an erect position. May also include side or backward bending of the spine. | Occasionally |
| Crawling | Move freely on hands and knees. | Occasionally |
| Kneeling | To bear weight on one or both knees. | Occasionally |
| Reaching Overhead | To touch or grasp by extending a part of the body (such as a hand). | Occasionally |
| Squatting | To sit in a low or crouching position with the legs drawn up closely beneath or in front of the body; sit on one's haunches or heels. | Occasionally |
| Use Stairs | To go up or ascend stairs, by using the hands and feet or feet only. To go down or descend stairs, by using the hands and feet only. | Occasionally |
| Color Vision | Ability to perceive or comprehend colors through the sense of sight, and distinguish between colors. | Required |
| Communication | Ability to understand meanings of words and to use words effectively in order to clearly present information or ideas. | Required |
| Hearing | Ability to distinguish between different tones in person and through electronic devices, and understand meanings of words associated with them. To comprehend language. | Required |
| Speaking / Talking | Ability to express or communicate by voice, words and ideas to others. | Required |
| Vision | Ability to perceive or comprehend through the sense of sight, including the ability to read words and recognize symbols. | Required |



## Environmental Requirements:

| Job requires exposure to the following: | Frequency<br>Occasionally = 1-33%<br>Frequently = 34-66%<br>Constantly = 67-99%<br>of time |
|---|---|
| Blood and/or bodily fluids | Constantly |
| Hazardous waste | Constantly |
| Latex | Constantly |
| Risk of radiation exposure | Frequently |
| Extreme cold (non-weather) | N/A |
| Grease or oil | N/A |
| Extreme heat (non-weather) | N/A |
| Work in high, precarious places | N/A |
| Work near moving mechanical parts | N/A |
| Outdoor weather conditions | N/A |
| Wet or humid conditions (non-weather) | N/A |
| Fumes or airborne particles | Occasionally |
| Toxic or caustic chemicals | Occasionally |
| Risk of electrical shock | Occasionally |
| Extreme noise (interferes with normal conversation) | Occasionally |
| Vibration | Occasionally |

## Age-Specific Criteria

| Neonate | Infant | Child | Adult | Geriatric |
|---|---|---|---|---|
| X | X | X | X | X |

**Signature :** _____   **Date :** _____