UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-24085-RKA

JOSE HERRERO,

    *Plaintiff,*

v.

SOUTH MIAMI HOSPITAL, INC.
d/b/a, a/k/a BAPTIST HEALTH SOUTH
FLORIDA, a Florida corporation,
,

    *Defendant.*

_____

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Jose Herrero, and Defendant, South Miami Hospital, Inc.,[1] having reached an agreement concerning the claims in this action, now stipulate to the dismissal of this action with prejudice, with each party to bear its own of attorneys' fees and costs.

[*Signature to follow*]

---

[1] South Miami Hospital was incorrectly named in the Complaint as incorrectly named as "South Miami Hospital, Incl d/b/a, a/k/a Baptist Health South Florida."

**Dated:** October 12, 2023.                           Respectfully submitted,

| | |
|---|---|
| /s/ *Alex D. Funes*<br>Alex D. Funes<br>Florida Bar No. 635340<br>E-Mail: af@funeslaw.com<br>THE FUNES LAW FIRM, P.A.<br>2490 Coral Way, 4th Floor<br>Miami, Florida 33145<br>Telephone/Facsimile: (305) 731-2397<br><br>*Counsel for Plaintiff* | /s/ *Rocio Blanco Garcia*<br>Patrick G. DeBlasio, III<br>Florida Bar No. 871737<br>E-Mail: pdeblasio@littler.com<br>Rocio Blanco Garcia<br>Florida Bar No. 99304<br>E-Mail: rblancogarcia@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552<br><br>*Counsel for Defendant* |

4869-8956-8646.1 / 071336-1017